UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 14-44 PJS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| | ) | |
| Plaintiff, | ) | (18 U.S.C. § 1028(a)(7)) |
| | ) | (42 U.S.C. § 408(a)(7)(B)) |
| v. | ) | |
| | ) | |
| KEITH MICHAEL NOVAK, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Identity Theft)

Between July 1, 2013 and December 9, 2013, in the State and District of Minnesota, the defendant,

**KEITH MICHAEL NOVAK,**

did knowingly transfer, possess, and use, in or affecting interstate commerce, without lawful authority, a means of identification of another person, to wit, names, social security numbers, and dates of birth, with the intent to commit, or in connection with, any unlawful activity that constitutes a violation of Federal law, namely Improper Use of a Social Security Number, in violation of Title 42 U.S.C. § 408(a)(7)(B), all in violation of Title 18, United States Code, § 1028(a)(7).

### FORFEITURE ALLEGATIONS

Upon conviction of Count 1 of this Information, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and


SCANNED
FEB 12 2014
U.S. DISTRICT COURT MPLS

U.S. v. Keith Michael Novak

1028(b)(5) any property constituting, or derived from, proceeds obtained directly or indirectly as the result of such violations, and any personal property used or intended to be used to commit such violations.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

Dated: February 11, 2014

JOHN R. MARTI
Acting United States Attorney

BY: ANDREW R. WINTER
Assistant United States Attorney
Attorney ID No. 232531