# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No:    14-CR-0044 (PJS) |
| | Date:    April 14, 2014 |
| Keith Michael Novak, | Court Reporter:    Debra Beauvais |
| Defendant. | Courthouse:    Minneapolis |
| | Courtroom:    14E |
| | Time Commenced:    10:40 a.m. |
| | Time Concluded:    11:16 a.m. |
| | Sealed Hearing Time: |
| | Time in Court:    Hours & 36 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
   For Plaintiff:    Andrew Winter
   For Defendant:    W. Anders Folk, Jeffrey Mason    ☐ FPD  ☒ CJA  ☐ Retained  ☐ Appointed
   Interpreter/Language: /
   ☐ Appointment of Counsel requested -  ☐ granted    ☐ denied.
   ☐ Appointed

PROCEEDINGS:
   ☒ **Arraignment** on ☒ Information, ☐ Indictment
   ☒ **Change of Plea Hearing.**
   ☒ **Initial Appearance.**
   ☒ Indictment waived.
   ☐ Defendant withdraws plea of as to Count(s):

   ☒ PLEA:
      ☒ Guilty as to Count: 1 of the Information
      ☐ "Nolo Contendere" as to Count(s):
      ☒ Defendant admits allegations in the Information.

   ☒ Presentence Investigation and Report requested.
   ☐ Bond continued.
   ☐ **~Util Set/Reset Hearings:**  Sentencing is scheduled for at before.
   ☒ Defendant remanded to the custody of the U.S. Marshal.

s/C. Glover
Courtroom Deputy
