# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Keith Michael Novak, | ) |
| Defendant. | ) |
| | ) |
| | ) |

**COURT MINUTES - CRIMINAL**

| | |
|---|---|
| Case No: | 14-CR-0044 (PJS) |
| Date: | September 5, 2014 |
| Court Reporter: | Debra Beauvais |
| Courthouse: | Minneapolis |
| Courtroom: | 14E |
| Time Commenced: | 9:08 a.m. |
| Time Concluded: | 10:27 a.m. |
| Sealed Hearing Time: | |
| Time in Court: | 1 Hour & 19 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:    Andrew Winter
    For Defendant:    Anders Folk  ☐ FPD  ☒ CJA  ☐ Retained  ☐ Appointed

Interpreter/Language: /

☐ **Evidentiary Hearing** (only select if witness list filed)

☒ **Sentencing.**

☐ Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | Y | | 24 months | | 3 years | | |

Said terms to run  ☐ concurrently   ☐ consecutively

☒ Special conditions of :

**See J&C for special conditions**

☒ Defendant sentenced to pay:
  ☐ Fine in the amount of $.
  ☐ Restitution in the amount of $.
  ☐ Costs of prosecution in the amount of $ to be paid .
  ☒ Special assessment in the amount of $100 to be paid immediately.

☒ Plea and plea agreement accepted.
☐ Court Ordered Denial of Federal Benefits.
☐ Execution of sentence of imprisonment suspended until.
☐ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
☐ On Motion of the Gov't., the indictment in is dismissed as to this defendant only.
☐ Motion for departure is   ☐ granted    ☐ denied.
☒ Defendant remanded to the custody of the U.S. Marshal.

s/C. Glover<br>Courtroom Deputy