UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

    v.                                                                                                        Criminal No.  15-cr-102 RHK/TNL

KEITH MICHAEL NOVAK

_____

UNITED STATES OF AMERICA

    v.                                                                                                        Criminal No.  14-CR-44 PJS

KEITH MICHAEL NOVAK

_____

**NOTICE TO THE COURT OF POSSIBLE RELATED CASES**

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

■    Cases involving the same defendant(s), whether the prior cases are open or closed.

Dated: April 9, 2015                             Respectfully submitted,

                                                                          ANDREW M. LUGER
                                                                          United States Attorney

                                                                          s/Katharine T. Buzicky
                                                                          BY: KATHARINE T. BUZICKY
                                                                          Assistant United States Attorney
                                                                          Attorney ID No. 671031